___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 20 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN E. SCHMIDT,                                       )<br>                                                                   )<br>  Plaintiff,                                                        )<br>                                                                   )<br>  v.                                                                )<br>                                                                   )<br> JO ANNE B. BARNHART, Commissioner )<br> of Social Security,                                           )<br>                                                                   )<br>  Defendant.                                                   )<br>_____ ) | CASE NO. C05-0405-MJP<br><br><br><br>ORDER OF REMAND |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court remands this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 20 day of Sept., 2005.

*/s/ Marsha J. Pechman*
MARSHA J. PECHMAN
United States District Judge

05-CV-00405-ORD

ORDER OF REMAND -1